**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH SIDER,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-406** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | **MAGISTRATE JUDGE STEPHANIE K. BOWMAN** |
| | : | |
| **Defendant.** | : | |

**OPINION & ORDER**

On August 13, 2026, a United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 12), recommending that this Court affirm the Commissioner's decision and deny Plaintiff's allegations contained in the Complaint (ECF No. 1) and Statement of Specific Error (ECF No. 9). (ECF No. 12). Ms. Sider, who is represented by counsel, did not seek an extension of time to respond to the Report and Recommendation and neither did Defendants. Therefore, Ms. Sider's objections, if any, were due by August 27, 2026. (*Id.* at 13). No objections have been filed. Since neither party has objected, and the deadline for such objections elapsed on August 27, 2026, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. This case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: September 25, 2026**